**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**WEDNESDAY, NOVEMBER 21, 2007**

**HON. NITA L. STORMES DEPUTY CLERK: G. PERRAULT TAPE# N/A**

**07MJ2635-NLS USA VS RANDY L. SUMMERS**

**ATTY: STEPHEN PATRICK WHITE (CJA)**

**AUSA: CALEB MASON**

==========================================================================

DEFENDANT NOT APPEARING AND NO COUNSEL PRESENT.
DEFENSE COUNSEL FOR DEFENDANT RANDY L. SUMMERS ADVISED THE COURT THAT THE DEFENDANT WILL BE UNABLE TO OBTAIN BOND AND REQUEST'S THAT THE COURT ORDER THE DEFENDANT REMOVED TO THE EASTERN DISTRICT OF VIRGINIA.
COURT ORDERS THE DEFENDANT REMOVED TO THE EASTERN DISTRICT OF VIRGINIA FORTHWITH.
WARRANT OF REMOVAL SIGNED BY COURT AND ISSUED TO THE UNITED STATES MARSHAL.